✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ELIZABETH M. BARROS

| | |
|---|---|
| Date | Signature |
| | Print Name                                  Bar Number |
| | Address |
| | City              State              Zip Code |
| | Phone Number                          Fax Number |

1 | **ELIZABETH M. BARROS**
California State Bar No. 227629
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: elizabeth_barros@fd.org

5 | Attorneys for Miguel Hernandez-Molina

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE RUBEN B. BROOKS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08MJ2372 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| MIGUEL HERNANDEZ-MOLINA, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Wayne Charles Mayer
wcmayer@aol.com

Respectfully submitted,

DATED:     August 13, 2008          /s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Miguel Hernandez-Molina