1   KAREN P. HEWITT
    United States Attorney
2   FRED SHEPPARD
    Assistant United States Attorney
3   California State Bar No. 250781
    United States Attorney's Office
4   Federal Office Building
    880 Front Street, Room 6293
5   San Diego, California 92101
    Telephone: (619) 557-7176
6

**FILED**

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

7   Attorneys for Plaintiff
    UNITED STATES OF AMERICA

8

                UNITED STATES DISTRICT COURT

9

            SOUTHERN DISTRICT OF CALIFORNIA   08CR2733 IEG

10

11   UNITED STATES OF AMERICA,      )    Magistrate Case No. 08MJ2372
                           )

12            Plaintiff,       )
                           )    **STIPULATION OF FACT AND JOINT**

13        v.               )    **MOTION FOR RELEASE OF**
                           )    **MATERIAL WITNESS(ES) AND**

14   MIGUEL HERNANDEZ-MOLINA,     )    **ORDER THEREON**
                           )

15            Defendant.    )
    _____ )    **(Pre-Indictment Fast-Track Program)**

16       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17   OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Fred

18   Sheppard, Assistant United States Attorney, and defendant MIGUEL HERNANDEZ-MOLINA, by

19   and through and with the advice and consent of defense counsel, Elizabeth M. Barros, that:

20       1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

21   date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22   intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23   guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24   of Inducing and Encouraging Illegal Aliens and Aiding and Abetting, in violation of 8 U.S.C.

25   § 1324(a)(1)(A)(iv) and (v)(II).

26   //

27   //

28   //

2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **September 2, 2008.**

4.    The material witnesses, Fernando Hernandez-Solano and Jose Juan Ortiz-Sanchez, in this case:

      a.    Are aliens with no lawful right to enter or remain in the United States;

      b.    Were induced or encouraged by defendant to enter the United States in violation of the law on or about July 31, 2008;

      c.    Were found in a vehicle driven by defendant at the Otay Mesa, California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

      d.    Were paying and unknown amount - $2,000 to defendant *other persons* to be brought into the United States illegally and/or transported illegally to their destination therein; and,

      e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

      a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

      b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

//

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Miguel Hernandez-Molina     2                  08MJ2372

1    c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4  waives the right to confront and cross-examine the material witness(es) in this case.

5    6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6  read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7  further that defendant has discussed the terms of this stipulation and joint motion with defense

8  counsel and fully understands its meaning and effect.

9    Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to their country of origin.

12    It is STIPULATED AND AGREED this date.

13    Respectfully submitted,

14    KAREN P. HEWITT
    United States Attorney

15

16  Dated: _8/14/08_____    

17    FRED SHEPPARD
    Assistant United States Attorney

18

19  Dated: _8/8/08_____    
    ELIZABETH M. BARROS
    Defense Counsel for Miguel Hernandez-Molina

20

21  Dated: _8/08/08_____    
    MIGUEL HERNANDEZ-MOLINA
22    Defendant

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Miguel Hernandez-Molina    3    08MJ2372

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 8/14/2008 .

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Miguel Hernandez-Molina                    4                    08MJ2372